UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-CV-224-F

| | |
|---|---|
| PERGO, INC., Plaintiffs, | ) ) ) |
| v. | ) ) **ORDER** |
| BERG PROFILES, LLC, Defendant. | ) ) ) |

This matter is before the court on the Plaintiff's response [DE-41] to this court's June 17, 2010 Order [DE- 40]. In accordance with Plaintiff's response, this action is DISMISSED. The Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This 24th day of June, 2010.

*[signature]*
JAMES C. FOX
Senior United States District Judge